# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Sophia T. Williams,   Case No. 08-43885
                     Chapter 7
    Debtor.           Honorable Walter Shapero

_____/

## ORDER DENYING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

THIS MATTER having come before the Court upon Trustee's Objection to Debtors' claim of exemptions of her 2007 federal tax refund, and a related checking account. An evidentiary hearing was held, at the conclusion of which, the Court took the issue under advisement; Now Therefore:

*IT IS HEREBY ORDERED* that the Trustee's Objection to Debtor's Exemptions is Denied and the freeze on the Debtor's Chief Pontiac Federal Credit Union account(s) be lifted.

.

**Signed on February 17, 2009**

                    ___ __/s/ Walter Shapero___ ___
                    **Walter Shapero**
                    **United States Bankruptcy Judge**